IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

————————————

No. 96-11563
Summary Calendar

————————————

CLARENCE R. HAYES,

Plaintiff-Appellant,

versus

WESTERN WEIGHING AND INSPECTION BUREAU,

Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:85-CV-904-T
- - - - - - - - - - -
September 24, 1997

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[1]

Clarence R. Hayes appeals from the district court's decision affirming the judgment of the National Railway Adjustment Board (NRAB). Hayes argues that he was entitled to relief on his allegations of fraud, that the defendant violated its collective bargaining agreement with the union, that Hayes was entitled to a jury trial, and that the district court improperly failed to inform him that his attorney was under investigation by a state bar. We

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

have reviewed the record and find no reversible error. Accordingly, the judgment of the district court is

AFFIRMED.